# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161878(92)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* KOPCZYK, Minors.

SC: 161878
COA: 348999
Macomb CC Family Division:
    2016-000191-NA;
    2016-000192-NA

_____/

On order of the Chief Justice, the motion of Child USA to file a brief amicus curiae on or before October 16, 2020 is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk